UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER VAUGHN and YEHUDA
LITVINCHOUK on behalf of themselves
and all others similarly situated,

                        Plaintiffs,

                — against —

WELTMAN, WEINBERG & REIS CO., L.P.A.,

                        Defendant.
-----------------------------------------------------------X

**MEMORANDUM & ORDER**

10-CV-1850 (SLT) (RML)

**TOWNES, United States District Judge:**

On April 26, 2010, Plaintiffs Jennifer Vaughn and Yehuda Litvinchouk commenced this action for damages on behalf of themselves and others similarly situated against Defendant Weltman, Weinberg & Reis Co., L.P.A., a law firm, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. A summons was issued as to Defendant the same day, but no affidavit of service or extension request was ever filed. On January 25, 2011, Magistrate Judge Robert M. Levy issued an order directing Plaintiffs to file a status report by February 4, 2011, which Plaintiffs failed to follow. As a result, on March 28, 2011, Judge Levy issued a report and recommendation ("R&R") advising that the case be dismissed for failure to prosecute. No objections have been filed.

Having reviewed the record, the Court ADOPTS the R&R dated March 28, 2011, for the reasons set forth therein and DISMISSES the complaint. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: April 27, 2011
       Brooklyn, New York

/Signed by Judge Sandra L. Townes/

_____
SANDRA L. TOWNES
United States District Judge